IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| William Brown Junior Gregory, | ) | C/A No.: 1:18-1834-MBS-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely file his brief. Defendant filed an answer and the administrative record of the underlying proceedings on November 2, 2018. [ECF Nos. 8, 9]. Pursuant to Local Civil Rule 83VII.04 (D.S.C.), Plaintiff's brief was originally due on December 3, 2018, but the undersigned granted Plaintiff two extensions, and his brief was due by January 16, 2019. [ECF Nos. 10–15]. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Therefore, Plaintiff is directed to file a brief by January 18, 2019, and is warned that failure to file the brief by the revised final deadline may result in the case being recommended for dismissal with prejudice for failure to prosecute.

IT IS SO ORDERED.

Shiva V. Hodges

January 17, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge