IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Brown Junior Gregory, | ) | |
| | ) | C/A No. 1:18-1834-MBS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| Andrew Saul, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff William Brown Junior Gregory filed the within action on July 5, 2018, seeking judicial review of a final decision of Defendant Commissioner of Social Security Administration denying Plaintiff's claims for supplemental security income. By order filed August 5, 2019, the decision of the Commissioner was reversed under sentence four of 42 U.S.C. § 405(g) and remanded for further proceedings.

This matter now is before the court on Plaintiff's motion for attorney's fees, which motion was filed on October 31, 2019. Plaintiff seeks attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,561.31 in fees and $16.00 in expenses. On November 14, 2019, the Commissioner filed a response informing the court that he does not oppose Plaintiff's motion. Accordingly, Plaintiff's motion for fees under § 2412 (ECF No. 29) is **granted** in the amount of $4,577.31 ($4,561.31 + $16.00), to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 30).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

November 25, 2019